# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **STEPHANIE WILBUR,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-02120-EFM-JPO |
| **MISSION CHATEAU, L.L.C., TUTERA SENIOR LIVING & HEALTH CARE, L.L.C., TUTERA HEALTH CARE SERVICES, L.L.C., and TUTERA GROUP, INC.** | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Stephanie Wilbur, by and through her attorney of record Kristi L. Kingston of the Employee & Labor Law Group of Kansas City, LLC and Defendants Mission Chateau, L.L.C., Tutera Senior Living and Health Care, L.L.C., Tutera Health Care Services, L.L.C. and Tutera Group, Inc., by and through their attorneys of record Michael L. Blumenthal and Linda A. Adeniji of Seyferth Blumenthal & Harris LLC, hereby stipulate to the dismissal of this case with prejudice, with each party to bear her/their own costs.

**WHEREFORE,** the Parties respectfully request that this Court enter an Order dismissing this case with prejudice with each Party to bear her/their own costs.

Respectfully Submitted,

**EMPLOYEE & LABOR LAW GROUP OF KANSAS CITY, LLC**

By:    /s/Kristi L. Kingston
       Kristi L. Kingston, Ks. Bar No. 19126
       12920 Metcalf Avenue, Suite 180
       P.O. Box 25843
       Overland Park, KS  66225
       Ph:   (913) 286-5200
       Fax:  (913) 286-5201
       Email: kristi@elgkc.com

**ATTORNEY FOR PLAINTIFF**

and

**SEYFERTH BLUMENTHAL & HARRIS LLC**

By:    /s/Linda A. Adeniji
       Michael L. Blumenthal, Ks. Bar No. 18582
       Linda A. Adeniji, Ks. Bar No. 27348
       4801 Main Street, Suite 310
       Kansas City, MO 64112
       Ph:   (816) 756-0700
       Fax:  (816) 756-3700
       Email: mike@sbhlaw.com
             linda@sbhlaw.com

**ATTORNEYS FOR DEFENDANTS**